Reset Form

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FILED

**CASE SUMMARY**

Case Number  CR15- 0707

U.S.A. v.  Jessica LOPEZ

[✓] Indictment            [ ] Information

Defendant Number  2

Year of Birth  1978

2015 DEC 22  PM 5: 03

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

Investigative agency (FBI, DEA, etc.)  HSI

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."**

### OFFENSE/VENUE

a. Offense charged as a :

[ ] Class A Misdemeanor    [ ] Minor Offense    [ ] Petty Offense
[ ] Class B Misdemeanor    [ ] Class C Misdemeanor    [✓] Felony

b. Date of Offense  January 2014

c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in:

CHECK **ALL** THAT APPLY

[✓] Los Angeles         [ ] Ventura
[ ] Orange              [ ] Santa Barbara
[ ] Riverside           [ ] San Luis Obispo
[ ] San Bernardino      [ ] Other

Citation of Offense  _____

### RELATED CASE

Has an indictment or information involving this defendant and

the same transaction or series of transactions been previously

filed and dismissed before trial?   [✓] No      [ ] Yes

   IF YES   Case Number  _____

Pursuant to General Order 14-03, criminal cases may be related

if a previously filed indictment or information and the present

case:

a. arise out of the same conspiracy, common scheme,

   transaction, series of transactions or events; or

b. involve one or more defendants in common, and would

   entail substantial duplication of labor in pretrial, trial or

   sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED**

**CASE**  _____

_____

### PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on:  N/a

Case Number  N/a

Charging  N/a

_____

The complaint:        [ ] is still pending

        [ ] was dismissed on:  _____

### PREVIOUS COUNSEL

Was defendant previously represented?   [✓] No      [ ] Yes

IF YES, provide, Name:  _____

        Phone Number:  _____

### COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*          [✓] No

Will more than 12 days be required to present government's
evidence in the case-in-chief?
[ ] Yes*          [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED)
OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE
TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS
CHECKED.

### Superseding Indictment/Information

**IS THIS A NEW DEFENDANT?**   [✓] Yes      [ ] No

This is the  _____  superseding charge, i.e. 1st, 2nd.

The superseding case was previously filed on:

_____

Case Number  _____

The superseded case:

[ ] is still pending before Judge/Magistrate Judge

_____

[ ] was previously dismissed on  _____

Are there 8 or more defendants in the superseding case?
[ ] Yes*          [ ] No

Will more than 12 days be required to present government's
evidence in the case-in-chief?
[ ] Yes*          [ ] No

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CASE SUMMARY**

Was a Notice of Complex Case filed on the Indictment or Information?

☐ Yes          ☑ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?          ☐ YES          ☑ NO

IF YES, list language and/or dialect:

_____

**OTHER**

☐ Male                    ☑ Female

☑ U.S. Citizen            ☐ Alien

Alias Name(s) _____

_____

This defendant is charged in:          ☐ All counts

☑ Only counts: 1, 2, 3, 5

☐ This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile?          ☐ Yes          ☑ No

IF YES, should matter be sealed?   ☑ Yes          ☐ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud      ☐ public corruption

☐ government fraud                 ☐ tax offenses

☐ environmental issues             ☐ mail/wire fraud

☑ narcotics offenses               ☐ immigration offenses

☐ violent crimes/firearms          ☐ corporate fraud

☐ Other _____

**CUSTODY STATUS**

Defendant is **not** in custody:

a. Date and time of arrest on complaint: _____

b. Posted bond at complaint level on: _____

   in the amount of $ _____

c. PSA supervision?          ☐ Yes          ☐ No

d. Is on bail or release from another district:

   _____

Defendant is **in** custody:

a. Place of incarceration:     ☐ State      ☐ Federal

b. Name of Institution: _____

c. If Federal: U.S. Marshal's Registration Number:

   _____

d. ☐ Solely on this charge. Date and time of arrest:

   _____

e. On another conviction:     ☐ Yes          ☐ No

   IF YES :   ☐ State    ☐ Federal    ☐ Writ of Issue

f. Awaiting trial on other charges: :   ☐ Yes   ☐ No

   IF YES :   ☐ State    ☐ Federal    AND

   Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district

pursuant to F.R.Cr.P.     20          21          40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN: _____

_____

_____

Date   December 21, 2015

_____
Signature of Assistant U.S. Attorney

Daffodil Tyminski
Print Name