

efile_information@casd.uscourts.gov
02/17/2016 11:25 AM

To  efile_information@casd.uscourts.gov
cc
bcc
Subject  Activity in Case 3:16-mj-00315-BGS USA v. Lopez Notice to Receiving District of MJ Case Removal FORM

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Southern District of California

**Notice of Electronic Filing**

FILED
CLERK, U.S. DISTRICT COURT
FEB 17 2016
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

The following transaction was entered on 2/17/2016 at 11:25 AM PST and filed on 2/17/2016
**Case Name:**       USA v. Lopez
**Case Number:**     3:16-mj-00315-BGS
**Filer:**
**Document Number:** 14(No document attached)

**Docket Text:**
**NOTICE to Receiving District: (Central District of California), of Case Removal, as to Jesica Lopez. The following documents are available on the public docket: [12] Waiver of Rule 5 Hearings, [10] Order of Detention, [7] Notice of Attorney Appearance - Defendant, [13] Warrant of Removal Issued, [1] Out of District Complaint, [8] Notice of Attorney Appearance - USA. To request additional transfer information and/or to submit acknowledgment re receipt of transfer, please email InterdistrictTransfer_CASD@casd.uscourts.gov.. (acc)**

**3:16-mj-00315-BGS-1 Notice has been electronically mailed to:**

U S Attorney CR     Efile.dkt.gc2@usdoj.gov

Chelsea A. Estes    chelsea_estes@fd.org, imelda_armantrout@fd.org

Meghan Elizabeth Heesch     meghan.heesch@usdoj.gov, Efile.dkt.gc1@usdoj.gov, janice.griffin@usdoj.gov

**3:16-mj-00315-BGS-1 Electronically filed documents must be served conventionally by the filer to:**

U.S. District Court
Southern District of California (San Diego)
CRIMINAL DOCKET FOR CASE #: 3:16-mj-00315-BGS-1

Case title: USA v. Lopez

Date Filed: 02/02/2016
Date Terminated: 02/17/2016

Assigned to: Magistrate Judge Bernard G. Skomal

**Defendant (1)**

Jesica Lopez
*TERMINATED: 02/17/2016*

represented by **Federal Defenders**
Federal Defenders of San Diego
225 Broadway
Suite 900
San Diego, CA 92101-5008
(619)234-8467
Fax: (619)687-2666
Email: cassd_ecf@fd.org
*TERMINATED: 02/04/2016*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Chelsea A. Estes**
Federal Defenders of San Diego
225 Broadway
Suite 900
San Diego, CA 92101
619-234-8467
Email: chelsea_estes@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**
None

**Disposition**

**Highest Offense Level (Opening)**
None

**Terminated Counts**
None

**Disposition**

**Highest Offense Level (Terminated)**
None

**Complaints**
21:846; 21:841(a)(1); 21:841(b)(1)(B)(viii) -
Conspiracy to Distribute Methamphetamine;

**Disposition**

Distribution and Possession with the Intent to Distribute Methamphetamine

**Plaintiff**

USA        represented by   **U S Attorney CR**
U S Attorneys Office Southern District of California
Criminal Division
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant United States Attorney*

**Meghan Elizabeth Heesch**
U.S Attorney's Office
880 Front Street
Room 6293
San Diego, CA 92101
619-546-9442
Fax: 619-546-0543
Email: meghan.heesch@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/01/2016 | | Arrest of Jesica Lopez (no document attached) (lao) (Entered: 02/02/2016) |
| 02/02/2016 | 1 | OUT OF DISTRICT COMPLAINT as to Jesica Lopez. (Attachments: # 1 Info sheet)(lao) (Entered: 02/02/2016) |
| 02/02/2016 | 2 | Set/Reset Duty Hearings as to Jesica Lopez: Initial Appearance - ODC set for 2/2/2016 before Magistrate Judge Bernard G. Skomal. (no document attached) (lao) (Entered: 02/02/2016) |
| 02/02/2016 | 3 | Minute Entry for proceedings held before Magistrate Judge Bernard G. Skomal: Initial Appearance - Out of District Complaint as to "person charged as" Jesica Lopez held on 2/2/2016. Federal Defenders appointed as counsel for Jesica Lopez. Bond set as to "person charged as" Jesica Lopez (1) No Bail. Detention Hearing - RF set for 2/5/2016 10:00 AM before Magistrate Judge Bernard G. Skomal. Removal/ID Hearing set for 2/16/2016 01:30 PM before Magistrate Judge Bernard G. Skomal. (Interpreter Nelly Sztuden). (CD# 2/2/2016 BGS 16:3:23-3:28). (Plaintiff Attorney Meghan Heesch, AUSA). (Defendant Attorney Chandra Peterson, FD-S/A). (no document attached) (yeb) (Entered: 02/02/2016) |
| 02/02/2016 | 4 | Oral MOTION to Detain (flight) by USA as to "person charged as" Jesica Lopez. (no document attached) (yeb) (Entered: 02/02/2016) |
| 02/02/2016 | 5 | ***Spanish Interpreter needed as to Jesica Lopez (no document attached) (yeb) (Entered: 02/02/2016) |
| 02/04/2016 | 6 | NOTICE OF CHANGE OF HEARING as to Defendant Jesica Lopez. On Court's own motion a Detention Hearing - RF is reset for 2/5/2016 01:30 PM in Courtroom 1B before Magistrate Judge Bernard G. Skomal. ***CHANGE IN TIME ONLY***(no document attached) (tml) (Entered: 02/04/2016) |
| 02/04/2016 | 7 | NOTICE OF ATTORNEY APPEARANCE: Chelsea A. Estes appearing for Jesica Lopez (Estes, Chelsea)Attorney Chelsea A. Estes added to party Jesica Lopez(pty:dft) (acc). (Entered: 02/04/2016) |
| 02/04/2016 | 8 | NOTICE OF ATTORNEY APPEARANCE Meghan Elizabeth Heesch appearing for USA. (Heesch, Meghan)Attorney Meghan Elizabeth Heesch added to party USA(pty:pla) (acc). (Entered: 02/04/2016) |

https://ecf.casd.uscourts.gov/cgi-bin/DktRpt.pl?764212502673095-L... CM/ECF - casd
Case 2:15-cr-00707-R   Document 34   Filed 02/17/16   Page 5 of 15   Page ID #:94

| | | |
|---|---|---|
| 02/05/2016 | 9 | Minute Entry for proceedings held before Magistrate Judge Bernard G. Skomal: Detention Hearing as to Jesica Lopez held on 2/5/2016. Granting 4 Motion to Detain as to Jesica Lopez (1); Order of detention to be filed by Court. (Interpreter Bonnie Ramirez). (CD# 2/5/2016 BGS1:154-207). (Plaintiff Attorney AUSA, Meghan Heesch). (Defendant Attorney Chelsea Estes, FD). (no document attached) (tml) (Entered: 02/05/2016) |
| 02/05/2016 | 10 | DETENTION ORDER as to Jesica Lopez. Signed by Magistrate Judge Bernard G. Skomal on 2/5/2016. (fth) (Entered: 02/08/2016) |
| 02/16/2016 | 11 | Minute Entry for proceedings held before Magistrate Judge Bernard G. Skomal: Removal/ID Hearing as to Jesica Lopez not held on 2/16/2016. Defendant waives identity hearing. Defendant admits identity. Waiver of hearing filed. Court orders defendant removed to the Central District of California. Warrant of removal issued. (Interpreter Salvador Castellanos). (CD# 2/16/2016 BGS1:134-138). (Plaintiff Attorney AUSA, Meghan Heesch). (Defendant Attorney Chelsea Estes, FD). (no document attached) (tml) (Entered: 02/17/2016) |
| 02/16/2016 | 12 | WAIVER of Rule 5 Hearings by Jesica Lopez (acc) (Entered: 02/17/2016) |
| 02/16/2016 | 13 | WARRANT of Removal to District of California (Central District) Issued as to Jesica Lopez. (acc) (Entered: 02/17/2016) |
| 02/17/2016 | 14 | NOTICE to Receiving District: **(Central District of California)**, of Case Removal, as to Jesica Lopez. The following documents are available on the public docket: 12 Waiver of Rule 5 Hearings, 10 Order of Detention, 7 Notice of Attorney Appearance - Defendant, 13 Warrant of Removal Issued, 1 Out of District Complaint, 8 Notice of Attorney Appearance - USA. To request additional transfer information and/or to submit acknowledgment re receipt of transfer, please email InterdistrictTransfer_CASD@casd.uscourts.gov.. (acc) (Entered: 02/17/2016) |

FILED
FEB 0 2 2016
CLERK, U S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA    16MJ0315

### ARREST ON OUT-OF-DISTRICT OFFENSE

CASE NUMBER: ~~CR15-0707~~

The person charged as __Jesica Lopez__ now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the __Central__ District of __California__ with: __21 USC 846; 21 USC 841(a)(1); 21 USC 841(b)(1)(B)(viii) – Conspiracy to Distribute Methamphetamine; Distribution and Possession with the Intent to Distribute Methamphetamine.__

The charging documents and warrant for the arrest of defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: __February 2, 2016__

Patrick MacKenzie, Special Agent
Homeland Security Investigations
_____(signature)_____

Reviewed and Approved

Dated:
_____ (signature)

__Meghan Heesch__ (print)
Assistant United States Attorney

1 **Chelsea A. Estes**
California Bar No.: 297641
2 **Federal Defenders of San Diego, Inc.**
3 225 Broadway, Suite 900
San Diego, California 92101-5008
4 Telephone: (619) 234-8467
5 Facsimile: (619) 687-2666
E-Mail: chelsea_estes@fd.org
6
7 Attorneys for Ms. Lopez

8                       UNITED STATES DISTRICT COURT
9                       SOUTHERN DISTRICT OF CALIFORNIA
10                      (HONORABLE BERNARD G. SKOMAL)

| | |
|---|---|
| United States of America, | Case No.: 16-MJ-0315-BGS |
| Plaintiff, | |
| v. | **Notice of Appearance** |
| Jesica Lopez, | |
| Defendant. | |

Pursuant to implementation of the CM/ECF procedures in the Southern District of California, **Chelsea A. Estes**, Federal Defenders of San Diego, Inc., files this Notice of Appearance as *lead attorney* in the above-captioned case.

Respectfully submitted,

Dated: February 4, 2016     *s/ Chelsea A. Estes*
                            **CHELSEA A. ESTES**
                            Federal Defenders of San Diego, Inc.
                            Attorneys for Ms. Lopez

# Certificate of Service
## 16-MJ-0315-BGS

Counsel for the Defendant certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

**United States Attorney's Office**
Efile.dkt.gc2@usdoj.gov

Dated: February 4, 2016

*s/ Chelsea A. Estes*
**CHELSEA A. ESTES**
Federal Defenders of San Diego, Inc.
Attorneys for Ms. Lopez

```
 1  LAURA E. DUFFY
    United States Attorney
 2  MEGHAN E. HEESCH
    Assistant United States Attorney
 3  Minnesota State Bar No. 0395912
    United States Attorney's Office
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 546-9442
    Email: meghan.heesch@usdoj.gov
 6
    Attorneys for Plaintiff
 7  UNITED STATES OF AMERICA
 8
 9                    UNITED STATES DISTRICT COURT
10                   SOUTHERN DISTRICT OF CALIFORNIA
```

| UNITED STATES OF AMERICA, | Case No.: 16MJ0315-BGS |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF APPEARANCE |
| JESICA LOPEZ, | |
| Defendant. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name

None.

1 | Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

Names

None.

Please feel free to call me if you have any questions about this notice.

DATED: February 4, 2016.

             Respectfully submitted,

             LAURA E. DUFFY
             United States Attorney

             *s/Meghan E. Heesch*
             MEGHAN E. HEESCH
             Assistant U.S. Attorney
             Attorneys for Plaintiff
             United States of America

|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA | |
| 3 | UNITED STATES OF AMERICA, | Case No.: 16MJ0315-BGS |
| 4 | Plaintiff, | |
| 5 | v. | CERTIFICATE OF SERVICE |
| 6 | JESICA LOPEZ, | |
| 7 | Defendant. | |

IT IS HEREBY CERTIFIED THAT:

I, Meghan E. Heesch, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, CA 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Notice of Appearance as lead counsel for the United States, and this Certificate of Service, on the following parties by electronically filing the foregoing with the Clerk of the U.S. District Court for the Southern District of California using its ECF System, which electronically notifies them:

To: Chelsea A. Estes, Esq.    Attorney for Defendant

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 4, 2016.

LAURA E. DUFFY
United States Attorney

*s/Meghan E. Heesch*
MEGHAN E. HEESCH
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>v.<br>JESICA LOPEZ<br>        Defendant. | Criminal No.16MJ315<br>DETENTION ORDER |

**A.** <u>**Order For Detention**</u>

In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), a detention hearing has been held. I conclude that the following facts require the detention of the defendant pending trial in this case.

**B.** <u>**Statement of Reasons For the Detention**</u>

The Court orders the defendant's detention because it finds:

    __X__    By a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required.

    _____    By clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person and the community.

**C.** <u>**Rebuttable Presumption**</u>

1

Case 3:16-mj-00315-BGS Document 10-7 Filed 02/05/16 Page 2 of 3

In determining that the defendant should be detained, the Court relied on the following rebuttable presumption(s) contained in 18 U.S.C. §3142(e):

_____ (a) That no condition or combination of conditions will reasonably assure the safety of any other person and the community because the Court finds that the crime involves:

_____ (A) A crime of violence or a crime listed in 18 U.S.C. §2332b(g)(5)(B) for which the maximum sentence is 10 years or more; or

_____ (B) An offense for which the maximum penalty is life imprisonment or death; or

_____ (C) A controlled substance violation which has a maximum penalty of 10 years or more; or,

_____ (D) A felony after the defendant had been convicted of two or more offenses described in (A) through (C) above,

**AND** the defendant has a prior conviction for one of the crimes mentioned in (A) through (C) above, which was committed while the defendant was on pretrial release and no more than five years have passed since his release from imprisonment for that crime.

\_\_\_X\_\_\_ (b) That no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community because the Court finds that there is probable cause to believe:

_____ (A) That the defendant has committed a controlled substance violation which has a maximum penalty of 10 years or more.

_____ (B) That the defendant has committed an offense under 18 U.S.C. §§924(c), 956(a) or 2332b.

\_\_\_X\_\_\_ (C) That the defendant has committed an offense listed in 18 U.S.C. §2332b(g)(5)(B) which has a maximum penalty of 10 years or more.

_____ (D) That the defendant has committed an offense involving a minor victim under 18 U.S.C. §§1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), (2) or (3), 2252A(a)(1), (2), (3) or (4), 2260, 2421, 2422, 2423 or 2425.

_____ The Court finds the defendant has not rebutted the presumption that no condition or combination of conditions will reasonable assure \_\_\_the appearance of the defendant ; \_\_\_\_the safety of the community.

D. **Written Statement of Reasons for Detention**

The factual findings and conclusions of law to support this detention order are contained in the transcript of the proceeding of

February 5, 2016 and the transcript of those proceedings are specifically incorporated as my written statement of reasons for detention.

E. **Additional Directives**

    IT IS ORDERED that the defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with his counsel.

    While in custody, on order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding or any other appearance stipulated to by defense and Government counsel.

    This order is made without prejudice to modification by this Court.

    IT IS SO ORDERED.

Dated: February 5, 2016

BERNARD G. SKOMAL
United States Magistrate Judge

cc: District Judge
    All Counsel of Record

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1\[6\]MJ315 |
| Jesica Lopez | ) | |
| Defendant | ) | Charging District's Case No. |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Central District of CA.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

[X] an identity hearing and production of the warrant.

[ ] a preliminary hearing.

[ ] a detention hearing.

[ ] an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

FILED
FEB 1 6 2016
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Date: 2/12/16

X *Jessica Lopez*
Defendant's signature

*Chelsea Estes*
Signature of defendant's attorney