UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff,

vs.

Jesica Lopez

Defendant.

Western Division

Case Number: 2:15-CR-00707-2-R
Initial App. Date: 02/22/2016
Initial App. Time: 2:00 PM

Indictment
Custody

Date Filed: 12/22/2015
Violation: 21USC846
CourtSmart/ Reporter: CourtSmart

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Charles F. Eick**

**CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE**

**PRESENT:** Pierson, Stacey — *Deputy Clerk*; D. Taminsky — *Assistant U.S. Attorney*; ~~None~~ Indra Zuno — *Interpreter/Language* Spanish

☐ INITIAL APPEARANCE NOT HELD - CONTINUED

☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☑ preliminary hearing OR ☐ removal hearing / Rule 20.

☑ Defendant states true name ☑ is as charged ☐ is ____

☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.

☑ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered SEALED.

☑ Attorney: Angel Navarro, Panel ☑ Appointed ☐ Prev. Appointed ☐ Poss. Contribution (see separate order)

☐ Special appearance by: ____.

☑ Government's request for detention is: ☑ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED w/o prejudice.

☑ Defendant is ordered: ☑ Permanently Detained ☐ Temporarily Detained (see separate order).

☐ BAIL FIXED AT $____ **(SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)**

☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED

☐ Preliminary Hearing waived.

☐ Class B Misdemeanor ☐ Defendant is advised of maximum penalties

☐ This case is assigned to Magistrate Judge ____. Counsel are directed to contact the clerk for the setting of all further proceedings.

☐ **PO/PSA WARRANT** ☐ Counsel are directed to contact the clerk for District Judge ____ for the setting of further proceedings.

☐ Preliminary Hearing set for ____ at 4:30 PM

☐ PIA set for: ____ at 1:00PM in LA; at 9:30 AM in Riverside; at 10:00 AM in Santa Ana

☐ Government's motion to dismiss case/defendant ____ only: ☐ GRANTED ☐ DENIED

☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED

☐ Defendant executed Waiver of Rights. ☐ Process received.

☐ Court ORDERS defendant Held to Answer to ____ District of ____

☐ Bond to transfer, if bail is posted. Defendant to report on or before ____

☐ Warrant of removal and final commitment to issue. Date issued: ____ By CRD: ____

☐ Warrant of removal and final commitment are ordered stayed until ____

☐ Case continued to (Date) ____ (Time) ____ AM / PM
Type of Hearing: ____ Before Judge ____ /Duty Magistrate Judge.
Proceedings will be held in the ☐ Duty Courtroom ____ ☐ Judge's Courtroom ____

☑ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.

☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.

☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.

☐ RELEASE ORDER NO: ____

☐ Other: ____

✓ S/R ☐ **PSA** ☐ **USPO** ☒ **FINANCIAL** ☐ **READY**

Deputy Clerk Initials SP

____ : 10 min.