Angel Navarro (SBN) 155702
LAW OFFICE OF ANGEL NAVARRO
The Petroleum Building
714 W. Olympic Blvd., Suite 450
Los Angeles, CA 90015
Tel.: (626) 390-6621
Fax: (213) 746-4435
e-mail: angel_navarro@me.com
Attorney for Defendant
Jessica Lopez

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Jessica Lopez,<br><br>    Defendant. | Case No. CR 15-00707-R-2<br><br>LETTERS RE: SENTENCING |
|---|---|

Defendant, Jessica Lopez, by and through her counsel of record, Angel Navarro, hereby submits the enclosed letters for this Court's consideration at the upcoming sentencing hearing.

1. A letter written by defendant's son, Rafael Lopez.

2. A letter written by defendant Jessica Lopez, along with a certified translation.

3. A letter written by defendant's mother, Guidelia Arteaga R., along with a certified translation.

4. A letter written by defendant's daughter, Daniela Lopez Arteaga, along with a certified translation.

5. A letter written by defendant's daughter, Yuridiana Lopez Arteaga, along with a certified translation.

6. A letter written by defendant's aunt, Maria Gavina Arteaga Rodriguez, along with a certified translation.

Respectfully submitted,

May 17, 2016
DATE

/S/ Angel Navarro
ANGEL NAVARRO
Attorney for Defendant
Jessica Lopez

Dear Manuel L. Real

My mother is a very responsible mother she loves us and we love her she is lovely with us and kind. We miss her and we want her back she is a good person. we need her my brothers and I. I want to go to college and I need the support of my mother to keep studying and achieve my goals. My mother has small kids and they need and are going to need sepourt from our mother. thank you very much and we hope she returns back home with her family. we are going to be waiting for her. thank you.

Att. Rafael Lopez   Jessica's son

ESTELA MOLL-TRANSLATOR
CERTIFIED SPANISH INTERPRETER

## CERTIFICATION OF TRANSLATION

I am a translator and Official Court Interpreter of English and Spanish.

I am certified by the U.S. Federal Courts and the California State Courts.

I certify that I have translated the letters/documents attached from Spanish into English and that this translation is complete, true and accurate to the best of my abilities and belief.

Description of material submitted for translation:

Five sentencing letters on behalf of defendant Jessica Lopez Arteaga

Requested by: Angel Navarro, Esq.
Pages/Words: 5 pages, 1,145 words.
Case name: USA v. Jessica Lopez
Case number: CR 15-707-R-2

Executed under penalty of perjury on May 13, 2016 at Rancho Palos Verdes, California.

TRANSLATION

Jessica Lopez

Your Honor, Judge Manuel L. Real
Good morning,
With all due respect, I'd like to write a little about my life, so you can know more about me as a person.
My name is Jessica Lopez A. I was born in Fresno, California in 1978. I'm the daughter of Mexican parents who were born in the small town of Nueva Italia, Michoacan.
I'm the second of three children, my sister Flora Luz, me and my brother Froylan whom I love, and are among the most important people in my life. At the age of 2 my parents separated and my mother decided to go back to Mexico with 3 little ones; ages 3, 2 and 1. She was father and mother to us. We went to my grandmother's house, on my mother's side since my mother needed the support to be able to work and raise us. One of my mom's sisters who was also separated was living in my grandma's house as well, she had 7 children. There was a total of 10 grandchildren that my grandma had to take care of while my mom and aunt worked. Financially speaking, we were very poor since there were many of us and my mom and aunt didn't earn good money; my mom worked as a waitress. I remember that some of my cousins went to school barefooted because they had no shoes. Since me and my siblings were the youngest children, the older ones were always bothering us, there were fights and even sexual abuse attempts towards me. I had to be strong and fight with them to protect me and my siblings.
At the age of 14 we came to the US for the first time; we came to San Jose, California where I started the 9th grade in school. Another first cousin of mine who lived here tried to abuse me but I fought him off and didn't let him do it. We stayed here for one year and my mom decided to go back to Mexico again. I wasn't accepted in school there because I was born in USA and didn't have Mexican papers, so I decided to study cosmetology at a community center but I wasn't able to finish for lack of money.
My youngest brother did well in school and put a lot of effort into it so at the age of 17 I decided to come to Los Angeles, California so my brother could study. My mother could no longer pay for his schooling and her health was poor because she had been a bar waitress for a long time and had to drink alcohol and smoke a lot at work. I didn't like that and that's why I decided to come here without knowing anybody. I worked in warehouses, as a packer; in pizzerias; in swap meets; handing out flyers; cleaning houses, etc. Thank God my brother who worked hard, was able to graduate from University with honors as a Public accountant; he was the first one in my family to graduate from University.
I struggled a lot, first of all with the language, and I was lonely. Thank God I don't like lies and my respectful, helpful, and thankful disposition helped me open doors to people I got to know over time, and I was able to get ahead and become an adult without much difficulties. I've always been responsible for my actions. Currently I am the mother and father of 6 children who have dreams, aspirations and accomplishments, who are respectful and studious, and whom I love with all my heart, and they love me.
I am a human being, and as such we sometimes make mistakes. I'm very embarrassed before this country that has given me so much, embarrassed before my loved ones for whom I set the example, and embarrassed before Your Honor for being in this situation.

Sincerely,
Jessica Lopez

Buen dia Señor. Juez. MANUEL L REAL. Con mucho Respeto, quiero relactar Un poco de mi vida para que conosca mas de mi persona,.
Mi nombre es JESSICA LOPEZ A. NACI EN FRESNO CAL 1978, hija de padres mexicanos, nacidos en Un Pueblito en michoacan llamado Nueva Italia. Soy la Segunda de 3 hermanos, MI hermana Flora Luz, yo Y MI hermano FROYLAN, aquienes amo y son de las personas importantes en mi vida,. a los 2 años de edad, mis padres Se Separan y mi madre deside regresarse a mex, con 3 pequeñitos de 3, 2, 1 añitos, ella Fue padre y madre para nosotros nos Fuimos a la casa de mi abuelita materna, ya que mi mama tuvo que buscar Un apoyo para poder travajar y crearnos a nosotros, en Casa de mi abuelita, estava otra hermana de mi mama, que tambien Se divorcio y ella tenia 7 hijos, ya heramos 10 nietos que mi abuelita cuidava, mientras mi tia y mi mama travajavan economicamente heramos muy pobres, ya que heramos muchos mi tia y mi mama no ganavan bien, ya que mi mama hera mesera. Recuerdo que algunos de mis primos ivan ala escuela descalsos x no tener Zapatos.

Como nosotros mis hermanos y yo eramos de los mas pequeños, siempre nos molestavan los mas grandes, avia pleitos, y hasta intento de abuso sexual, a mi personal, me tuve que hacer fuerte y pelear con ellos para protegerme y proteger a mis hermanos, a la edad de 14 años vinimos x primera vez aqui a San Jose Cal, entre a la escuela al grado (9) y aqui tambien otro primo hermano quiso abusarme pero yo luche contra el y no lo permiti, estubimos un año y mi mama desidio que regresaramos a mexico otra vez, y aya no me aceptaron en —

— la escuela x ser nacida en USA, y no tener papeles mexicanos, hasi que estudie en un centro comunitario Cosmetologia, que no pude terminar x falta de dinero, mi hermano el menor era muy bueno en la escuela y le echava tantas ganas que a mis 17 años desido venirme a Los Angeles cal. para que mi hermano estudiara, mi mama ya no podia pagar sus escuela ya que de mesera en un bar x tanto tiempo ya no le hacia bien de su salud x que tenia que tomar alcol y fumava mucho eso a mi no me gustava x eso desidi venirme sola sin conoser a nadie, travaje en bodegas empacando en pizzerias, en suamist, tirando flayers, limpiando casas, etc... gracias a dios y mi hermano que le echo muchas ganas el se pudo graduar de la universidad. de Contador Publico, con onores, fue el primero de mi fam. en gralbuarse, de universidad.

Yo Tuve que batayar mucho, primera mente con el Idioma estava Sola, gracias a dios mi Forma de Ser respetuosa, Acomedida, Agradecida, no me gustan las mentiras, me ayudo abrirme las Puertas de Buenas Personas, que econosido alpaso del tiempo y pude sobre salir y acerme adulta sin Problemas, siempre e sido responsable de mis actos, el dia de hoy Soy madre y Padre de 6 hijos, con sueños ns Piraciones, logros, Respetuosos, estudiosos, que amo on todo mi corazon y ellos me aman a my.
oy Un Ser Humano y como tal, a veses nos equivocamos stoy muy apenada con este Pais que me adado tanto y apenada on mis Seres queridos que yo Siempre e sido ejemplo para toda ll Fam, y apenada con Usted Señor Juez x estar aqui en estas ircuntacias. Gracias x leer un poco de esta persona que esta Frente Ustd.
Dios me lo bendiga Siempre

Jessica Lopez

TRANSLATION

Your Honor,

I hope you listen to my pleading and that of my grandchildren. I address you asking for your help with my daughter Jessica Lopez Arteaga; she's the only support that we have, and we have been going through some hard times since she's not been able to help us. The little money that I have is not enough for her 6 children. I beg you to help us. As her mother I feel helpless and sad for her children who miss her so much.
I thank you beforehand and I trust that you will help us. Thank you very much and God bless you.

Sincerely,
Gudelia Arteaga R.

Sr. Juez

Esperando me escuche y escuche el ruego de mis nietas me dirijo a ud. pidiendo me ayude.
con mi hija Jessica Lopez Arteaga pues es el unico sustento que tenemos y pues este tiempo que no, nos a ayudado nos emos pasado mal pues lo poquito que yo tengo no es suficiente ya que son 6 hermanos sus hijos. le ruego que nos ayude pues ud. save que yo como madre de ella me siento impotente y trizte, x mis nietos que le hace falta y extrañan le antiecipo las gracias pues confio en que ud. nos va ayudar. Muchas gracias y Dios lo Bendiga.
Atte
Gudelia Arteaga R.

TRANSLATION

04-13-16

Honorable Judge Manuel L. Real,

By means of this letter I address you,

I am Daniela Lopez A., I am the daughter of Jessica Lopez Arteaga whose case you handle. Your Honor, I ask you that you help my mom because we need her; my little siblings and I. She is our provider both financially and morally. She's always been a good and responsible mother, and we need her at this time.
I send my regards and thank you hoping that you can help us.

Sincerely,
Daniela Lopez Arteaga

13-04-16

Señor Juez, Manuel L. Real

Por medio de la presente me dirijo a usted:

Soy Daniela López A. hija de Jessica López Arteaga de quien usted esta llevando el caso.
Señor Juez le pido ayude a mi Mama porque la nesesitamos mis hermanos mas pequeños y yo ya que ella es el sostento de nosotros tanto economico como moral siempre a sido una buena madre responsable y en estos momentos nesesitamos de ella le mando un saludo y le damos las gracias esperando que nos ayude.

Att: Daniela López Arteaga

TRANSLATION

04/06/16

Your Honor,

My name is Yuridiana Lopez Arteaga, I am Jessica Lopez Arteaga's oldest daughter.

By means of this letter I want to let you know that we miss our mother very much. I don't know if you know that she's a single mother and she's the only thing we have and we need her with us, apart from helping us with money I have little siblings who are very small in age.

I think you also have a mother and you know how indispensable she is in the life of her children. For these reasons I ask you to release my mom so she can continue proving for us and we can keep up with our education.

I send my regards to you and thank you beforehand for the help you may provide to us.

Sincerely,
[Illegible Signature]

06/04/16

Sr. Juez.

Mi nombre es Yuridiana López Arteaga la hija Mayor de Jéssica López Arteaga mediante esta carta le quiero hacer saber que mi mamá nos hace mucha falta, no se si sepa que es madre soltera y ps es lo único que tenemos y la ocupamos con nosotros, ya que aparte que es la única que nos aporta dinero tengo más hermanitos y son muy chicos de edad, creo yo que usted también tiene una madre y sabrá que es muy indispensable en la vida de un hijo, por lo que le pido que deje en libertad a mi mamá para que nos siga aportando su ayuda económica y podamos seguir estudiando.

Me despido de usted agradeciéndole de ante mano la ayuda que nos pueda brindar.

Att:

TRANSLATION

Honorable Judge,

By means of this letter, I address you with all due respect to let you know that I am the aunt of Leticia Lopez Arteaga (her mom's sister). I live in Mexico and I'd like for you to know that my niece is a single mother of 6 children and she's the only one who provided money for their education and support. I also want you to know that Jessica has always been responsible for her children, and her mother has been helping with the care of her children. Knowing that Jessica has been arrested, I appeal to your good feelings and hope that you can help her so she can get out soon and continue to help her family that needs her so much.
I trust that you will consider our request and I thank you for your attention.

Sincerely,
Maria Gavina Arteaga Rodriguez

Estimado Sr. Juez:

Por medio de la presente me permito dirigir a Ud. de la manera mas respetuosa para hacer de su conocimiento que soy Tía de Jessica López Arteaga (hermana de su mamá) vivo en México y hago constar que mi sobrina es madre soltera de 6 hijas y única que aporta dinero para los estudios y sustento de sus hijas quiero hacer de su conocimiento también que Jessica siempre ha sido responsable en cuanto de sus hijas y su mamá le ha estado ayudando para el cuidado de sus hijas. Por lo que al enterarme que Jessica ha sido detenida, apelo a sus buenos sentimientos para que le ayude por favor, para que ella pronto pueda salir y siga ayudando a su familia que tanto la necesita.

No dudando de vernos favorecidas en nuestra petición, quedo a sus apreciables ordenes, agradeciéndole por sus atenciones.

Atte.
Ma. Gavina Arteaga Rodríguez

## PROOF OF SERVICE

I, **Angel Navarro**, declare that I am a resident or employed in Los Angeles County, California; that my business address is: The Petroleum Building, 714 W. Olympic Blvd., Suite 450, Los Angeles, CA 90015, that I am over the age of eighteen years; that I am not a party to the action entitled above; that I am employed by the Law Office of Angel Navarro, who is a member of the Bar of the State of California, and at whose direction I served a copy of the attached document entitled: Letters Re: Sentencing:

[ ] Placing same in a sealed envelope for collection and interoffice delivery addressed as follows:

[ ] Placing same in an envelope for hand delivery addressed as follows:

[x] Placing same in a sealed envelope for collection and mailing via the United States Post Office addressed as follows:

[ ] Sending same via e-mail to officer's known e-mail address.

**Robert Ramirez Leoning**
**United States Probation Officer**
**U.S. Courthouse**
**312 N. Spring Street, 6th Floor**
**Los Angeles, CA 90012**

This proof of service is executed at Los Angeles, California, on **May 17, 2016**.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

/s/ *Angel Navarro*
**Angel Navarro**

LETTERS RE: SENTENCING