Angel Navarro (SBN) 155702
LAW OFFICE OF ANGEL NAVARRO
The Petroleum Building
714 W. Olympic Blvd., Suite 450
Los Angeles, CA 90015
Tel.: (626) 390-6621
Fax: (213) 746-4435
e-mail: angel_navarro@me.com
Attorney for Defendant
Jessica Lopez

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Jessica Lopez,<br>Defendant. | Case No. CR 15-00707-R-2<br><br>ADDITIONAL LETTERS AND EXHIBITS RE: SENTENCING |

Defendant, Jessica Lopez, by and through her counsel of record, Angel Navarro, hereby submits the enclosed additional letters and exhibits for this Court's consideration at the upcoming sentencing hearing.

1. A letter written by defendant's brother, Froylan Lopez Arteaga, along with a certified translation.

2. A letter written by defendant's son, Rafael Lopez.

3. A letter written by defendant's Friend, Dora Zuno.

4. A document received by defendant from MDC personnel setting forth her work assignments.

5. Several photographs of defendant's children, for this Court's consideration.

Respectfully submitted,

June 9, 2016
DATE

/S/ Angel Navarro
ANGEL NAVARRO
Attorney for Defendant
Jessica Lopez

45ESTELA MOLL-TRANSLATOR
CERTIFIED SPANISH INTERPRETER

## CERTIFICATION OF TRANSLATION

I am a translator and Official Court Interpreter of English and Spanish.

I am certified by the U.S. Federal Courts and the California State Courts.

I certify that I have translated the letters/documents attached from Spanish into English and that this translation is complete, true and accurate to the best of my abilities and belief.

Description of material submitted for translation:

One sentencing letter on behalf of defendant Jessica Lopez Arteaga

Requested by: Angel Navarro, Esq.
Pages/Words: 1 page, 158 words.
Case name: USA v. Jessica Lopez
Case number: CR 15-707-R-2

Executed under penalty of perjury on May 25, 2016 at Rancho Palos Verdes, California.

28601 MOUNT SHASTA DR. - RANCHO PALOS VERDES, CA 90275

TRANSLATION

Lathrop, CA - April, 9, 2016

Your Honor Manuel L. Real,

This is a letter of recommendation for my sister Jessica Lopez with whom I've always had a loving, caring, and fraternal relationship as well as respectful and communicative.

During the time that we lived together; which is almost all of our lives, Jessica Lopez has been an upright and honest person, trustworthy and of impeccable conduct.

As part of the family, she has always been an excellent human being. She has supported us morally and financially for many years. As my sister, she helped me pursue my professional studies and thank to her I became a Certified Public Accountant.

Throughout her life she's always been there for the family, willing to help and support our mother, cousins, children, nieces and nephews; therefore strengthening even more our blood relationship.

For all these reasons, I don't hesitate to recommend my sister Jessica Lopez.

Cordial greetings.

Sincerely,
Froylan Lopez Arteaga
[Signature]

LATHROP, CA. ABRIL 9 DE 2016

SEÑOR JUEZ MANUEL L. REAL.

POR MEDIO DE LA PRESENTE ME PERMITO RECOMENDAR A MI HERMANA JESSICA LÓPEZ LA CUAL SIEMPRE HEMOS TENIDO UNA RELACIÓN AFECTUOSA, DE CARIÑO Y HERMANDAD ASI COMO DE RESPETO Y COMUNICACIÓN.

DURANTE EL TIEMPO QUE HEMOS CONVIVIDO QUE ES CASI TODAS NUESTRAS VIDAS JESSICA LÓPEZ HA SIDO UNA PERSONA CABAL, HONESTA, DIGNA DE TODA LA CONFIANZA, SERIA Y DE UNA CONDUCTA INTACHABLE.

COMO FAMILIA SIEMPRE HA SIDO UNA EXCELENTE SER HUMANO, YA QUE DURANTE MUCHOS AÑOS NOS HA APOYADO TANTO MORAL COMO ECONOMICAMENTE, COMO HERMANA ME APOYO EN MIS ESTUDIOS PROFESIONALES, GRACIAS A ELLA SOY UN LICENCIADO EN CONTADURIA.

CON TODOS LOS MIEMBROS DE - ESTA FAMILIA A LO LARGO DE SU EXISTENCIA SIEMPRE HA ESTADO DISPUESTA A AYUDAR Y APOYAR A NUESTRA MADRE, PRIMOS, HIJOS SOBRINOS Y DEMÁS FAMILIARES, LOGRANDO ESTRECHAR AÚN MÁS LAS RELACIONES CONSANGUINEAS.

POR TODO LO ANTERIOR, NO TENGO LA MENOR DUDA EN RECOMENDAR A MI HERMANA JESSICA LOPEZ.

LE ENVIO UN CORDIAL SALUDO.

ATENTAMENTE.

FROYLAN LÓPEZ ARTEAGA.

Dear Judge Manuel L Real

My name is Rafael Lopez I am the son of Jessica Lopez. my mother is arrested she is a good person and a good mother. she is very lovely with us. she is a very responsible mother. We need her and she needs us. we miss her and we hope she returns home.

March 31, 2016

To: Manuel L. Real

By means of this letter I want to let you guys know that Jessica Lopez Arteaga has been my friend for 10 years. I consider her an honest, hardworking and helpful person. She is also a great mother. She is a person you can trust. She has been there and helped me when I needed her the most, thru good and bad.

Sincerely, Dora Zuno

(562) 826-7835

Dora Zuno 920 W. ELM ST
COMPTON CA
90220

LOSEO 531.01 * INMATE HISTORY * 05-16-2016
PAGE 001 OF 001 * WRK DETAIL * 14:18:11

REG NO..: 52016-298 NAME....: LOPEZ, JESSICA
CATEGORY: WRK FUNCTION: DIS FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| LOS | 9N ORDERLY | 9 NORTH ORDERLY | 04-27-2016 2047 | CURRENT |
| LOS | UNASSG | NOT ASSIGNED TO WORK DETAIL | 02-19-2016 1823 | 04-27-2016 2047 |
| SDC | UNASSG | UNASSIGNED WORK DETAIL | 02-02-2016 1000 | 02-12-2016 0530 |

G0005 TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED






CAMPEÓN



# PROOF OF SERVICE

I, **Angel Navarro**, declare that I am a resident or employed in Los Angeles County, California; that my business address is: The Petroleum Building, 714 W. Olympic Blvd., Suite 450, Los Angeles, CA 90015, that I am over the age of eighteen years; that I am not a party to the action entitled above; that I am employed by the Law Office of Angel Navarro, who is a member of the Bar of the State of California, and at whose direction I served a copy of the attached document entitled: Additional Letters And Exhibits Re: Sentencing:

[ ] Placing same in a sealed envelope for collection and interoffice delivery addressed as follows:

[ ] Placing same in an envelope for hand delivery addressed as follows:

[ x] Placing same in a sealed envelope for collection and mailing via the United States Post Office addressed as follows:

[ ] Sending same via e-mail to officer's known e-mail address.

**Robert Ramirez Leoning**
**United States Probation Officer**
**U.S. Courthouse**
**312 N. Spring Street, 6th Floor**
**Los Angeles, CA 90012**

This proof of service is executed at Los Angeles, California, on **June 9, 2016**.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*/s/ Angel Navarro*
**Angel Navarro**