Angel Navarro (SBN) 155702
LAW OFFICE OF ANGEL NAVARRO
The Petroleum Building
714 W. Olympic Blvd., Suite 450
Los Angeles, CA 90015
Tel.: (626) 390-6621
Fax: (213) 746-4435
e-mail: angel_navarro@me.com
Attorney for Defendant
Jessica Lopez

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No. CR 15-00707-R-2 |
| Plaintiff, | |
| vs. | DEFENDANT'S POSITION RE: SENTENCING |
| Jessica Lopez, | |
| Defendant. | |

Defendant, Jessica Lopez, by and through her counsel of record, Angel Navarro, hereby submits her position paper with respect to the upcoming sentencing hearing.

Respectfully submitted,

June 9, 2016                         /S/ Angel Navarro
DATE                                   ANGEL NAVARRO
                                             Attorney for Defendant
                                             Jessica Lopez

DEFENDANT'S POSITION RE: SENTENCING

I

INTRODUCTION

Jessica Lopez will be appearing before the Court following a guilty plea to distribution of methamphetamine.  As referenced in the presentence report, Mrs. Lopez acted as a broker in a drug distribution investigation.  Unbeknownst to Mrs. Lopez, one of her co-defendants was the subject of an on-going wire tap investigation.  Mrs. Lopez was intercepted over a wire tap and she was subsequently arrested.  Mrs. Lopez will be appearing before the Court for sentencing.

II

DEFENDANT'S POSITION

As this Court is aware, in light of the Supreme Court's decision in <u>Booker</u>, federal sentencing has once again been given back to federal judges.  Federal judges once again have discretion when it comes to federal sentencing.  In the case of Mrs. Lopez, this Court has wide discretion in determining the appropriate sentence.  The offer that was extended to Mrs. Lopez carries no mandatory minimum.

**The 3553 Factors:**

The statutory factors set forth in 18 U.S.C. 3553(a)(2) provide a guide to the Court in fashioning a sentence in cases such as this one.  The 3553 factors include: the nature and seriousness of the offense; the history and characteristics of the defendant; the need for the sentence imposed to reflect the seriousness of the offense; the need for the sentence imposed

to promote respect for the law; the need for the sentence imposed to provide just punishment; the need for the sentence imposed to afford adequate deterrence to criminal conduct; the need for the sentence imposed to protect the public from further crimes of the defendant; the need for the sentence imposed to provide the defendant with educational, vocational, medical care other corrective treatment; the types of sentences available; and the advisory sentencing guideline range.

**The Nature And Circumstances Of The Offense.**

This investigation and subsequent prosecution stemmed from a wire tap investigation into the activities of one of the co-defendants. Mrs. Lopez was intercepted over the wire tap discussing the delivery of narcotics. As a result of her conduct, she was arrested on February 1, 2016, in the Southern District of California. Mrs. Lopez has been in custody since her arrest date.

**The History And Characteristics Of Jessica Lopez.**

Jessica Lopez was born in this country. As an infant, she was taken by her family to live in Mexico. As a teenager, Jessica Lopez came back to this country but she subsequently returned back to Mexico. At the age of seventeen, she decided to return to this country in an effort to make a living. From the age of seventeen until approximately 2015, she lived in Southern California. Mrs. Lopez has raised six children. Five of her six children are American citizens. As noted in the presentence report, Mrs. Lopez has raised her children as a single mother.

As also noted in the presentence report, Mrs. Lopez is a first-time offender.  She has no history of other contacts with the criminal justice system.  This Court can rest assured that Mrs. Lopez will not re-offend.

**The Need For The Sentence Imposed To Reflect The Seriousness Of The Offense.**

This factor clearly must be taken into account by the Court.  Mrs. Lopez understands that she will be punished for her criminal behavior.  Mrs. Lopez also recognizes that narcotics trafficking is not only illegal but it impacts our communities.  Mrs. Lopez has prepared a letter for this Court's consideration which is being filed separately.

**The Need For The Sentence Imposed To Promote Respect For The Law.**

Mrs. Lopez also understands that she must have respect for the law.  By allowing herself to get involved in this offense she now must be punished. Mrs. Lopez is aware that the Court will impose  a custodial sentence as a result of this conviction.

**The Need For The Sentence Imposed To Provide Just Punishment.**

Mrs. Lopez also understands that the Court must impose a sentence which provides just punishment for the offense in question.  Mrs. Lopez will be the first defendant sentenced by the Court.  Mrs. Lopez was the first defendant to resolve her case as well.

/

/

/

DEFENDANT'S POSITION RE: SENTENCING

**The Need For The Sentence Imposed To Afford Adequate Deterrence To Criminal Conduct.**

Mrs. Lopez also understands that both general and specific deterrence are important factors which the Court must consider in fashioning a sentence.  Mrs. Lopez does not need to be incarcerated for an extended period of time.  She clearly understands that she cannot be engaged in criminal conduct.  Mrs. Lopez is looking forward to re-integrate into society in order to continue to raise her children.

**The Need For The Sentence Imposed To Protect The Public From Further Crimes Of The Defendant.**

In this case, the Court does not have to be concerned with Mrs. Lopez victimizing society with further criminal behavior.  Mrs. Lopez has gotten the message.  She has been separated from her loved ones.  She clearly understands that she must be a productive member of society.  Mrs. Lopez is looking forward to being reunited with her family.

**The Advisory Sentencing Range.**

In the case of Mrs. Lopez, the adjusted offense levels are as follows:

Base level:                          30

Safety Valve Reduction:            -2

Acceptance of responsibility:      -3

DEFENDANT'S POSITION RE: SENTENCING

In this case, Mrs. Lopez has been labeled with a Criminal History category of I.  The recommended sentencing range is 57-71 months

**Requested Sentence:**

Jessica Lopez respectfully requests that this Court impose a prison sentence of twelve months and one day with three years of supervised release.  Such a prison term will serve all of the enumerated factors set forth in 18 U.S.C. 3553(a)(2).  Mrs. Lopez would like the opportunity to be re-united with her family.  She would like the opportunity to demonstrate to this Court and to her family that she will not re-offend and will be a productive citizen.

Respectfully submitted,

June 9, 2015
DATE

/S/ Angel Navarro

ANGEL NAVARRO
Attorney for Defendant
Jessica Lopez

## PROOF OF SERVICE

I, **Angel Navarro**, declare that I am a resident or employed in Los Angeles County, California; that my business address is: The Petroleum Building, 714 W. Olympic Blvd., Suite 450, Los Angeles, CA 90015, that I am over the age of eighteen years; that I am not a party to the action entitled above; that I am employed by the Law Office of Angel Navarro, who is a member of the Bar of the State of California, and at whose direction I served a copy of the attached document entitled: Defendant's Position Re: Sentencing by:

| [ ] Placing same in a sealed envelope for collection and interoffice delivery addressed as follows: | [ ] Placing same in an envelope for hand delivery addressed as follows: | [ x ] Placing same in a sealed envelope for collection and mailing via the United States Post Office addressed as follows: | [ ] Sending same via e-mail to officer's known e-mail address. |

**Roberto Ramirez Leoning**
**United States Probation Officer**
**U.S. Courthouse**
**312 N. Spring Street, 6th Floor**
**Los Angeles, CA 90012**

This proof of service is executed at Los Angeles, California, on **June 9, 2016**.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*/s/ Angel Navarro*
**Angel Navarro**