UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

Case No.   **CR-15-707-R-2**                                                                 Date: JUNE 20, 2016

===============================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

| | | |
|---|---|---|
| **Christine Chung** | **Sheri Kleeger** | **Patricia Daffodil Tyminski** |
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

===============================================================================
U.S.A. vs (Dft listed below)                                    Attorney for Defendant

2)   **JESSICA LOPEZ**                                          2)   Angel Navarro
      X present         X custody                                     X present         X appointed

PROCEEDINGS:   SENTENCING

Defendant is sentenced.

In the interest of justice, the Court GRANTS government's motion to dismiss all remaining counts as to this defendant.

**Refer to SEPARATE Judgment and Probation/Commitment Order.**

0:06 min

Deputy Clerk Initials _____CCH_____