

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JESSICA LOPEZ,<br><br>　　　　Defendant. | Case No.　2:15-CR-00707-VBF-2<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

## I.

On July 7, 2021, Defendant Jessica Lopez ("Defendant") appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued in this matter, Case No. 2:15-CR-00707-VBF-2. The Court appointed Angel Navarro of the CJA Panel to represent Defendant.

///
///
///

## II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release, the Court finds that:

A. ☒ Defendant submitted to the Government's Request for Detention;

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:
- History of unauthorized travel;
- Failure to comply with supervision obligations;
- Whereabouts unknown.

C. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:
- Failure to comply with supervision obligations.

III.

IT IS THEREFORE ORDERED that Defendant be detained pending further proceedings.

Dated: July 7, 2021

/s/
MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE